IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

JAMES B. DOTSON, JR.
Movant,

vs.   CRIM NO. 3:03CR0039-01
   CV 07-945-FJP-SCR

UNITED STATES OF AMERICA
Respondent.

MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C.
§ 3582(c)(2)

COMES NOW INTO COURT, James Dotson Movant, by and through pro se representation and moves this Court for reduction of Movant's sentence pursuant to 18 U.S.C. § 3582(c)(2). Movant ask that this Honorable Court give retroactive application to criminal history Amendment 12 under U.S.S.G. § 1B1.10(c). Movant respectfully directs this court's attention to the Memorandum in Support of the instant motion and for reasons set forth therein, the Movant respectfully request that this Court grant his motion and reduce his sentence from 121 months to 87 months.

Done this 11th day of December, 2007

Respectfully submitted,

James B. Dotson, Jr.
James B. Dotson, Jr. # 03954-095
P.O. Box 5000
Oakdale, La 71463

**order**
The statute petitioner relies on does not become effective until March 1, 2008. Therefore, this case is stayed pending further orders of the Court.

_[signature]_
1-8-08